IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

RECEIVED
IN CLERK'S OFFICE
MAY 17 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

**Charles R. Lockwood** )
)
Name of Plaintiff(s)

v.

**Regions Bank &**
**C. Patrick Bodden**

Name of Defendant(s)

Case No. _____
(To be assigned by Clerk)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   **A FDIC Bank refuses to reimberse me for Stolen and Forged Checks**

2. Plaintiff, **Charles R. Lockwood** resides at **315 The Trace**, **Dover**, **Stewart**, **TN.**, **37058**, **931-217 6281**
   Street address / City / County / State / Zip Code / Telephone Number

   (If more than one plaintiff, provide the same information for each plaintiff below.)

3. Defendant, **Regions Bank & C. Patrick Bodden** resides at **P.O. Box 10063**, **Birmingham**, **(UNKOWN)**, **AL.**, **35202** **205-264-7373**,
   Street address / City / County / State / Zip Code / Telephone Number

   (If more than one defendant, provide the same information for each defendant below.)

4. Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

   While incarserated in the Henry County Jail for a 3RD offence DUI, my bank account was cleaned out of 20,000⁰⁰ even tho assistant branch Manager Gail Wilson noticed a suspicious signiture on all stolen & forged Checks. I reported the theft as soon as I was released from Jail (9-28-10 to 1-24-11). I reported the theft on 1-25-11 on a timely mannor, the day after my release from jail. But they refuse to reimberse even tho they are a FDIC bank.

5. Prayers for Relief (List what you want to Court to do):

a. Order F.D.I.C. Insured Regions Bank reimbursment of all stolen Funds. back to Plaintiff in Full.

b. _____

c. _____

d. _____

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this 10 day of May, 20 12.

*Mr. Charles R. Lockwood*

(Signature of Plaintiff(s))


Mr. Charles L
315 the Tr
Dover, TN 3




U.S. POSTAGE
PAID
DOVER, TN
37058
MAY 16, 12
AMOUNT
$1.10

RECEIVED
IN CLERK'S OFFICE
MAY 17 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

800 U.S. District Court House
801 Bradway
Nashville Tenn. 37203

Att. Court Clerk

Case 3:12-cv-00496   Document 1   Filed 05/17/12   Page 4 of 4 PageID #: 4