UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

CHARLES R. LOCKWOOD )
)
) Case No. 3:12-cv-0496
v. ) JUDGE CAMPBELL
)
REGIONS BANK, et al. )
)

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on May 21, 2012.

KEITH THROCKMORTON, CLERK
s/Dalaina Thompson, Deputy Clerk